UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:22-CR-00061(1)-ADA |
| | § | |
| (1) TRE QUAN SHAVAE LOCKE | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  April  2, 2026 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) TRE QUAN SHAVAE LOCKE, which alleged

that Locke violated a condition of his supervised release and recommended that Locke 's

supervised release be revoked (Clerk's  Document No. 63).  A warrant issued and Locke

was arrested.  On April 8, 2026, Locke appeared before a United States Magistrate

Judge, was ordered detained, and a revocation of supervised release hearing was set.

Locke appeared before the magistrate judge on April 21, 2026, waived his right to

a preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

April 27, 2026, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Locke, the magistrate judge recommends that this court revoke

Locke supervised release and that Locke be sentenced to imprisonment for ELEVEN (11) months, with no term supervised release to follow the term of imprisonment, and with credit for time served since his arrest (Clerk's Document No. 74).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On April 21, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 73). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 74 ) is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) TRE QUAN SHAVAE

LOCKE's term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) TRE QUAN SHAVAE LOCKE

be imprisoned for  ELEVEN (11) months, with credit for time served since his arrest, and with

no term of supervised release.

Signed this 28th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE